# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHAEL BOSEMAN, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 15-2332 |
| UPPER PROVIDENCE TOWNSHIP and : | |
| OFFICER PATRICK REYNOLDS, : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this *26th* day of *January*, 2016, upon consideration of the Motion to Dismiss and to Strike by Defendants Upper Providence Township and Officer Patrick Reynolds (Docket No. 5), and Plaintiff's Response in Opposition (Docket No. 7), it is hereby **ORDERED** that:

1. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** in its entirety and Defendants' Motion to Dismiss is **GRANTED**.

2. Defendants' Motion to Strike is **GRANTED IN PART and DENIED IN PART** as follows:
   a. As to Paragraphs Twenty-Six through Thirty-One, the Motion is **GRANTED** and those allegations are **STRICKEN** from the Complaint;
   b. As to Paragraph Thirty-Two, the Motion is **DENIED**.

3. Plaintiff has twenty (20) days in which to file an Amended Complaint.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.